# Court of Appeals
## of the State of Georgia

ATLANTA,  October 14, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0099.  EDWARD DAVIS v. EVELYN BALLINGER.**

Edward Davis seeks discretionary review of the trial court's order granting Evelyn Ballinger's motion to dismiss and/or for summary judgment in this action. Orders granting summary judgment are subject to direct appeal. See OCGA § 9-11-56 (h). Additionally, an order granting a motion to dismiss is a directly appealable final judgment. See OCGA § 5-6-34 (a). However, we lack jurisdiction.

Ordinarily, if a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j). To fall within this general rule, however, the application must be filed within 30 days of entry of the order to be appealed. See OCGA § 5-6-35 (d) & (j); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). The trial court's order was entered on July 26, 2016, but Davis did not file this application until September 26, 2016, 62 days later. It appears, however, that Davis filed a timely notice of appeal from the same trial court order, which appeal was docketed as Case No. A17A0200. Accordingly, this untimely application is hereby DISMISSED for lack of jurisdiction and because it is duplicative of Case No. A17A0200.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*___10/14/2016___
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*